Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Cher M. Lanni

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHER M. LANNI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing the duties and functions not reserved to the Commissioner of Social,<br><br>　　　　Defendant. | Case No.: 5:17-cv-02488-SVW-DFM<br><br>ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　　IT IS SO ORDERED.
DATE: May 7, 2018

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　THE HONORABLE DOUGLAS F. MCCORMICK
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DATE: May 7, 2018         Respectfully submitted,

                          LAW OFFICES OF LAWRENCE D. ROHLFING

                                /s/ *Monica Perales*
                          BY:_____
                          Monica Perales
                          Attorney for plaintiff Cher M. Lanni

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 5:17-CV-02488-SVW-DFM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 7, 2018.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*

_____
Monica Perales
Attorneys for Plaintiff
_____